**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00983-ZLW

WELLMAN GIBSON,

      Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR AASEN,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      Plaintiff's "Motion Requesting Status of Case," (Doc. No. 34) and "Additional Request for Damages" (Doc. No. 35), filed on October 22, 2009, are DENIED because this Court lacks jurisdiction to consider the motions. The United States Court of Appeals for the Tenth Circuit has not issued a mandate returning jurisdiction to this Court in this case.

Dated:  October 23, 2009