IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

      Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

      Defendants.

---

## <u>AMENDED</u> ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) through (C), Fed.R.Civ.P. 72(a) and (b),

and D.C.COLO.L.Civ.R. 72.1C, United States Magistrate Judge Kristen L. Mix is

designated to conduct proceedings in this civil action as follows:

(X)    Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a
        scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X)    Conduct such status conferences and issue such orders necessary for
        compliance with the scheduling order, including amendments or
        modifications of the scheduling order upon a showing of good cause.

(X)    Convene such settlement conferences and directly related procedures as
        may facilitate resolution of this case.

(X)    Hear and determine pretrial matters, including discovery and other
        non-dispositive motions.

(X)     Conduct hearings, including evidentiary hearings, and submit proposed
        findings of fact and recommendations for rulings on dispositive motions.

(X)     Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to

proceed according to the designations marked (X) above.  It is further

ORDERED that parties and counsel shall be familiar and comply with the above

judge's requirements found at www.cod.uscourts.gov.

Dated this 30th day of November, 2009.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE