IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

      Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

      Defendants.

## ORDER

This matter is before the Court on Plaintiff's Objection to Order Reinstating and Assigning Case (doc. # 59 filed November 30, 2009).  The Objection, which requests that both Magistrate Judge Mix and I be disqualified, is overruled and the relief requested therein is denied.

Specifically, I find that Plaintiff has not shown grounds that require disqualification under 28 U.S.C. § 455.  While he complains that Magistrate Judge Mix and I ignored a motion for an emergency preliminary injunction or TRO filed by Plaintiff in a different case, Civil Action No. 09-cv-02328-WYD-KLM, that is not accurate.  The motion was referred by me to Magistrate Judge Mix, she ordered briefing on the motion, and briefing has commenced.  Further, delays or omissions attributable to a judge are not generally sufficient grounds for disqualification.  *Kennedy v. Meacham*, 540 F.2d

1057, 1060 (10th Cir. 1976); *see also Estate of Bishop v. Equinox Intern. Corp.*, 256 F.3d 1050, 1058 (10th Cir. 2001).

In conclusion, it is

ORDERED that Plaintiff's Objection to Order Reinstating and Assigning Case is **OVERRULED** and the relief requested in the Objection is denied.

Dated:  January 6, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge