IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.

---

# MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Requesting Court Order** [Docket No. 135; Filed October 6, 2010] (the "Motion"). Pursuant to the Motion, *pro se* Plaintiff requests that the Court order his prison facility to keep a certain tape player on hand until resolution of his case. Plaintiff's claims pertain, in part, to whether he is entitled to participate in the Colorado Department of Corrections' books on tape program.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The Court has no authority to order a nonparty, here Plaintiff's prison facility, to take any action in this lawsuit. Further, to the extent that Plaintiff's claim are successful at trial, he will obtain appropriate legal remedies.

Dated: October 12, 2010