IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-00983-WYD-KLM

WELLMAN E. GIBSON,

     Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion for an Order Compelling Discovery** [Docket No. 144; Filed November 3, 2010] (the "Motion").  Plaintiff has been previously warned about his obligation to submit a certification that his pleading has been served on Defendant pursuant to D.C.COLO.LCivR 5.1G. [Docket No. 120].  The present Motion again fails to comply.  It is subject to denial on this basis alone.  Plaintiff has also been previously warned that any discovery motion must provide a legal basis for ordering the nonmoving party to provide the discovery at issue pursuant to D.C.COLO.LCivR 7.1C., including the relevance of the materials sought to Plaintiff's litigation [Docket No. 134].  The Motion again fails to comply.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  Any future motion to compel discovery must comply with all applicable Federal and Local Rules.  Despite the fact that Plaintiff is proceeding *pro se*, he is obligated to comply with the rules of the Court.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).

Dated:  November 4, 2010