IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for an Order Compelling Discovery** [Docket No. 150; Filed November 17, 2010] (the "Motion"). This is Plaintiff's third attempt to compel discovery in this case. His most recent attempt was denied due to his failure to submit a certification that his pleading had been served on Defendant pursuant to D.C.COLO.LCivR 5.1G. and his failure to provide a legal basis for ordering the nonmoving party to produce the discovery at issue pursuant to D.C.COLO.LCivR 7.1C., including the relevance of the materials sought to Plaintiff's litigation [Docket No. 147]. Although the present Motion contains the required certification, it again fails to offer a legal basis for the discovery Plaintiff seeks, including how such discovery is relevant or necessary to the present action. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Any future motion which does not comply with this Order shall be summarily denied on the merits.

Dated: November 18, 2010