IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's "Objection to Order of Judge Daniel's Dated Nov. 4, 2010".  These Objections were filed on both November 17, 2010, and November 29, 2010 (ECF Nos. 151 and 154) and appear to be identical.  The Objections were filed to my Order of November 4, 2010, which affirmed Magistrate Judge Mix's Orders denying Plaintiff's Motion Requesting Appointment of Counsel and the Motion to Intervene by Douglas Burns.

I find that the Objections are improper and must be overruled.  While a party may object to a ruling by a magistrate judge pursuant to Fed. R. Civ. P. 72, there is no basis in the Federal Rules for a party to file "objections" to a ruling by an Article III judge.  It is therefore

ORDERED that Plaintiff's "Objection to Order of Judge Daniel's Dated Nov. 4, 2010" (ECF Nos. 151 and 154) are **OVERRULED** as improper.

Dated:  January 20, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge