IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's pleading titled "**Notice to the Court and Request for AIC File Information** [Docket No. 190; Filed March 24, 2011] (the "Motion"). Pursuant to the Motion, Plaintiff appears to take issue with the amount of documents that have been provided to him in discovery and his access to his AIC file. Although the Motion is not entirely clear, what has been made clear is Defendants' obligation to (1) make Plaintiff's AIC file, or documents selected therefrom, available to him throughout the duration of this lawsuit and (2) provide Plaintiff with a complete copy of his CDOC medical records at Defendants' expense. *See Order* [#159] at 4-5; *Order* [#186] at 1.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. (1) Defendants shall provide Plaintiff with access to his AIC file. If access to the AIC file through viewing CDs is no longer available, Defendants shall copy the file in its entirety and provide the copies to Plaintiff at Defendants' expense. If access is available via CDs, Defendants shall provide to Plaintiff a copy of any documents he requests therefrom at Plaintiff's expense. Defendants shall not require a formal document request to do so. (2) Defendants shall also provide Plaintiff with a complete copy of his CDOC medical records at Defendants' expense. To the extent that Defendants are unclear what constitutes a medical record or where to obtain such records, the Court clarifies that Defendants shall produce to Plaintiff any document which contains medical information about him whether it be contained in the AIC file, a working file, or any other file. To the extent that Plaintiff requests disclosure of any further records, such will not be considered until Plaintiff has shown that he

propounded a valid document request for such records and files a motion with complies with Fed. R. Civ. P. 37, Local Rule 37.1 and all other applicable rules.

Dated:  March 30, 2011