IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Court Order** [Docket Nos. 200; Filed April 29, 2011]. This case is stayed and the parties have been directed not to file pleadings except under very narrow conditions. *See Order* [#195] at 2. The present Motion, which requests that the Court order nonparty Colorado Department of Corrections officials to "hold [a religious medallion and chain] confiscated from plaintiff and not destroy it" while the lawsuit is pending, does not fall within such conditions. *Motion* [#200] at 2-3. In addition, the Court notes that it has no authority to order a nonparty to act in this circumstance. Finally, to the extent that Plaintiff raises a retaliation claim based on events that occurred in April 2011, this conduct is not the subject of the present lawsuit. Plaintiff must exhaust his administrative remedies prior to filing any such claim in court. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated: May 2, 2011