IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's "**Request for Stay of Proceedings & Conference with Atty [sic] General**" [Docket No. 224; Filed September 20, 2011] ("Request").

    IT IS HEREBY **ORDERED** that the Request is **DENIED**.  Plaintiff presents no basis for the imposition of a stay.  However, the Court construes his request for a stay as a request for an extension of the dispositive motion deadline, due to Plaintiff's limited access to the correctional facility's library.  Accordingly,

    IT IS FURTHER **ORDERED** that the dispositive motions deadline is *sua sponte* extended up to and including **November 1, 2011**.  All remaining requests for relief are **DENIED**.

    Dated: September 27, 2011