IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR AASEN,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on **Plaintiff's Motion for Leave to File an Amended Complaint** [Docket No. 241; Filed November 16, 2011] (the "Motion"). Construing Plaintiff's Motion liberally as it must, the Court concludes that Plaintiff seeks to add "mental disability" to his Amended Prisoner Complaint [#37]. However, Plaintiff provides little factual support or allegations related to this proposed amendment, and Plaintiff did not include a proposed Second Amended Prisoner Complaint, on the appropriate prisoner litigation form, separately from his Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. If Plaintiff is seeking leave to file a Second Amended Complaint, he must file a motion which complies with the federal and local rules and which includes the proposed Second Amended Complaint as a document separate from the motion. Furthermore, the proposed Second Amended Complaint must be submitted on the appropriate prisoner litigation form. D.C.COLO.LCivR 8.2A. Plaintiff is warned that the proposed Second Amended Complaint must <u>not</u> contain any previously dismissed claims or defendants. Any proposed Second Amended Complaint which does not comply with this Minute Order will be summarily stricken.

    The Clerk's Office is directed to mail to Plaintiff another copy of the prisoner complaint form used in this District.

    Dated: November 17, 2011