IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-00983-WYD-KLM

WELLMAN E. GIBSON,

     Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff's "Notice to Court"** [Docket No. 260; Filed January 17, 2012] and **"Notice to the Court Extension for Cause Request"** [Docket No. 262; Filed January 19, 2012].  Both documents were filed by the Clerk's Office as motions.  Plaintiff states that he has not been able to access his legal files since October 2011; however, the record belies this assertion.  Plaintiff has submitted filings regularly throughout the duration of this lawsuit, including filings on October 5, October 31, November 10, November 16, November 18, December 2, December 19, and December 30, 2011, as well as on January 6, January 17, and January 19, 2012.

     Further, on December 27, 2011 [#254], the Court issued a Minute Order directing Plaintiff to respond to Defendants' Motion for Summary Judgment [#236] on or before **February 15, 2012**, which is three months from the date when Defendants filed their Motion for Summary Judgment.  The Court emphasized that this was ample time for Plaintiff to write and file a response, and no further extensions of time would be permitted.  In the motions at issue, Plaintiff presents no compelling reason to modify the December 27, 2011 Minute Order.  Accordingly,

     IT IS HEREBY **ORDERED** that the Notices, filed as motions, are **DENIED**.  The deadline for Plaintiff's response to Defendants' Motion for Summary Judgment remains set at **February 15, 2012**.

The Clerk of Court is directed to mail an additional copy of the Motion for Summary Judgment located at Docket No. 236, in addition to a copy of this Minute Order, to Plaintiff at the address listed on the docket.

Dated:  January 19, 2012