IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's "correction of heading requesting leave to ammend [sic] complaint to supplemental pleading"** [Docket No. 286; Filed April 16, 2012], which was filed by the Clerk's Office as a Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff raises Fed. R. Civ. P. 15(d) in support of his presently pending "Request to Ammend [sic] Complaint" [#279] in his Reply [#283].  The Court will evaluate this argument in its adjudication of Plaintiff's "Request" [#279].  A written recommendation on the pending motions in this matter will issue in due course.

    Dated:  April 17, 2012