IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-00983-WYD-KLM

WELLMAN E. GIBSON,

      Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiff's "Motion requesting clarification of orders received 5-3-12 5-11-12 & 5-14-12 & notice to court of objection to use of old ADA standard"** [Docket No. 304; Filed May 21, 2012] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows.  There are presently two Recommendations pending in this case: (1) the Recommendation issued May 3, 2012 [#293], recommending that Plaintiff's "Request Permission to File Supplemental Pleading for Retaliation by DOC" [Docket No. 289; Filed May 1, 2012]; Plaintiff's "Request for a Court Order to Prevent Force Feeding of Plaintiff" [Docket No. 290; Filed May 1, 20912]; and Plaintiff's "Request for Court Order to Receive ADA Exam" [Docket No. 291; Filed May 1, 2012] be denied, and (2) the Recommendation issued May 14, 2012 [#300], recommending that Plaintiff's Motion for Summary Judgement [sic] [Docket No. 245; Filed November 18, 2011] be denied, and Defendants' Motion for Summary Judgment [Docket No. 236; Filed November 15, 2011] be granted in part and denied in part.

      The Recommendation issued May 11, 2012 [#297] was vacated and placed under restriction by a Minute Order issued May 14, 2012 [#299].

The Court has received Plaintiff's Objections as to the Recommendation pending at Docket No. 293, but has not received any objection as to the Recommendation pending at Docket No. 300. The deadline for the filing of any objection as to the Recommendation pending at Docket No. 300 is May 29, 2012.

This matter is scheduled for a Final Pretrial Conference on July 10, 2012, and the parties' proposed Final Pretrial Order is due on or before July 5, 2012. *See* [#300]. If the Recommendation at Docket No. 300 is adopted by the District Judge in full, the Final Pretrial Conference will concern only the portions of Plaintiff's Claims One and Two brought pursuant to the ADA.

This case is also now included on the list of *pro se* cases available for volunteer counsel, maintained by the Clerk of Court. However, Plaintiff is again warned that placement on the list frequently does not result in counsel being obtained. If an attorney does not volunteer to represent Plaintiff, Plaintiff is warned that he must comply with the scheduled Court dates and Court orders.

Dated: May 22, 2012