IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's "Notice to the Court of Defendants' Refusal to Provide Medical Records"** [Docket No. 294; Filed May 9, 2012] (the "Motion"). As instructed, Defendants filed a Response to the Motion on May 25, 2012 [#307]. Defendants explain that the Pueblo Forensics Unit is part of the Colorado Mental Health Institute at Pueblo, which maintains its own patient records independently from the Colorado correctional facilities.  [#307] at 2.  Defendants include a letter dated May 24, 2012 with the Response, indicating that Plaintiff has acknowledged receipt of his full medical file from the correctional facility, and that records from the Pueblo Forensics Unit are not included in that file, but may be requested directly from the Colorado Mental Health Institute at Pueblo.  *See* [#307-2].  The letter is signed by a Medical Records Tech at Plaintiff's place of incarceration, and in the letter, the Tech offers to go through Plaintiff's medical records with him.[1]  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated:  May 29, 2012

---

[1] The Court notes that the record in this matter indicates that Plaintiff received complete copies of his medical records on March 28, 2011.  *See* [#197].