IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Withdraw as Counsel** [Docket No. 334; Filed August 29, 2012] (the "Initial Motion") and the **[Amended] Motion to Withdraw as Counsel** [#335; Filed August 29, 2012] (the "[Amended] Motion") filed by Assistant Attorney General Jennifer S. Huss, counsel for Defendants.  Attorney Huss states in the [Amended] Motion that she will be leaving the Colorado Attorney General's Office on August 31, 2012.  Assistant Attorney General Kathryn A. Starnella, who has previously entered an appearance, will continue to represent Defendants.

    IT IS HEREBY **ORDERED** that the [Amended] Motion [#335] is **GRANTED**.  Attorney Huss is relieved of any further representation of Defendants in this case.  The Clerk of the Court is instructed to terminate Attorney Huss as counsel of record, and to remove her name from the electronic certificate of mailing.

    IT IS FURTHER **ORDERED** that the Initial Motion [#334] is **DENIED AS MOOT**.

    Dated:  August 30, 2012