IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

      Plaintiff,
v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Defendants' Unopposed Motion to Vacate the January 22-24, 2013 Trial and Related Deadlines filed January 7, 2013 (ECF No. 351) is **GRANTED**.  The three-day trial set to commence on January 22, 2013, at 9:00 a.m. and the Final Trial Preparation Conference set on Wednesday, January 16, 2013, at 2:00 p.m., as well as all trial-related deadlines, are **VACATED**.  The parties shall file a status report by **Friday, January 25, 2013,** as to whether a settlement has been reached and whether a trial is necessary.

      Dated:  January 8, 2013