IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-00983-WYD-KLM

WELLMAN E. GIBSON,

     Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Request To Be Told of Trial Since Settlement Conference Cancelled** [Docket No. 353; January 11, 2013] ("Motion"). Plaintiff filed the Motion *pro se* even though he is represented by counsel.  A represented party may not appear or act in his own behalf.  *See* 28 U.S.C. § 1653 (stating that in all United States courts a party may plead and conduct his own case *or* through counsel) (emphasis added); *McCullough v. Velez*, 364 F.3d 1, 5 (1st Cir. 2004) (holding that "[a] party has a right to represent himself or to be represented by an attorney, but he cannot have it both ways."  Because Plaintiff is represented by counsel, he is not permitted to submit *pro se* filings.  Accordingly,

     IT IS HEREBY ORDERED that the Motion [#353] is **STRICKEN**.

     Dated:  January 14, 2013