IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.

---

**ORDER TO SHOW CAUSE**

---

THIS MATTER is before the Court on a review of the file in this case. First, in light of Plaintiff's unavailability at the Final Trial Preparation Conference on Wednesday, June 12, 2013, at 10:00 a.m., the Final Trial Preparation Conference is reset to Tuesday, June 18, 2013, at 11:00 a.m. The Colorado Department of Corrections shall ensure that Plaintiff is made available for this hearing by teleconference.

Second, a number of motions have recently been filed. These include Plaintiff's "Request for Copies Court Order" filed May 24, 2013, (2) Plaintiff's "Request for Judgment" filed May 24, 2013, (3) Defendants' Motion to Dismiss All Remaining Claims on Mootness Grounds filed June 5, 2013, and (4) Plaintiff's "Notice to the Court of Request for Medical File" filed June 11, 2013. Defendants are seeking dismissal of the

case on the grounds that Plaintiff has received the relief he requested and the case is moot. Plaintiff is seeking that judgment be entered in his favor, as well as assistance with obtaining copies of cases from the law library where he is incarcerated and medical files. I note that no responses have been filed to any of the motions. In light of the foregoing, I am concerned that this case may not be ready for trial commencing on Monday, June 24, 2013. Accordingly, it is

ORDERED that the Final Trial Preparation Conference is **RESET** to **Tuesday, June 18, 2013, at 11:00 a.m.** The Colorado Department of Corrections shall ensure that Plaintiff is made available for this hearing by teleconference. It is

FURTHER ORDERED that the parties shall be prepared to **SHOW CAUSE** at the Final Trial Preparation Conference as to whether they believe the case should proceed to trial on June 24, 2013, or whether it should be continued. Finally, it is

ORDERED that in light of the fact the Court was informed that Plaintiff was moved to a different facility due to the forest fires, the Clerk of Court shall mail a copy of this Order to Plaintiff both at his address of record as well as the following address:

Wellman E. Gibson, Inmate No. 74384
Centennial Correctional Facility
P.O. Box 600
Canon City, CO 81215

Dated: June 12, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge