IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

      Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

      Defendants.

## APPOINTMENT ORDER

In accordance with Part III.C. of the U.S. District Court's ***Pilot Program to Implement a Civil Pro Bono Panel***, the Court hereby determines that Plaintiff Wellman E. Gibson merits appointment of counsel drawn from the Civil Pro Bono Panel.  The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;

    2) the potential merit of the pro se party's claims,

    3) the demonstrated inability of the pro se party to retain counsel by other means; and

    4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Accordingly, it is

ORDERED that the Clerk shall select, notify, and appoint counsel to represent the pro se Plaintiff in this civil matter.

Dated: July 10, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge