IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Judgment** [#401][1] (the "Motion") and Plaintiff's **Status Report** [#414]. In the Status Report, Plaintiff's counsel states that they are not adopting any of the pending pro se motions filed by Plaintiff. *Status Report* [#414] at 2. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#401] is **DENIED as moot**.

    Dated: October 29, 2013

---

[1] "[#401]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.