IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.

## ORDER

This matter is before the Court in connection with Plaintiff's Status Report filed through counsel on October 28, 2013. This status report responded to an Order of October 4, 2013 which, among other things, ordered recently appointed counsel for Plaintiff to file a file a notice indicating which of Plaintiff's pro se motions would be adopted by counsel and which were moot. The Status Report informed the Court that none of Plaintiff's pro se motions would be adopted. Accordingly, it is

ORDERED that Plaintiff's "Request for Copies Court Order" filed May 24, 2013 (ECF No. 373) is **DENIED AS MOOT**. It is

FURTHER ORDERED that Plaintiff's "Request for Judgement" filed May 24, 2013 (ECF No. 374) is **DENIED AS MOOT**. It is

FURTHER ORDERED that Plaintiff's "Notice to the Court & Request of Medical File" filed June 11, 2013 (ECF No. 384) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Plaintiff's "Request to the Court" filed June 27, 2013 (ECF No. 389) is **DENIED AS MOOT**.  The Recommendation of United States Magistrate Judge as to that motion filed July 12, 2013 (ECF No. 393) is **REJECTED AS MOOT**.

Dated:  November 4, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge