IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's pro se filings of December 3, 2013 and January 6, 2014 (ECF Nos. 422 and 423) are **STRICKEN**.  Under the law, there is no constitutional right to a hybrid form of representation.  See *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995); *United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).  Since Plaintiff is currently represented by counsel, the Court will not consider motions or filings that Plaintiff files pro se.

    Dated:  January 7, 2014