IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's untitled one-page filing asking about the status of the case [#430][1] (the "Motion").  As noted in the Court's Orders entered on January 7, 2014 [#424] and January 21, 2014 [#429], Plaintiff is represented by counsel and all communications with the Court must be made by his counsel.  In the Motion, Plaintiff states that his "att[orne]ys quit the case."  *Motion* [#430] at 1.  However, Plaintiff's counsel has not filed a motion to withdraw from their representation of him in this matter.  The court filings reflect that the following attorneys represent Plaintiff: Elizabeth Lynne Owen, Ross B.H. Buchanan, and Timothy Mitchell Garvey.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#430] is **STRICKEN**.

    Dated:  January 28, 2014

---

[1] "[#430]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.