IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an in-person meeting with counsel for the parties on February 6, 2014.

    IT IS HEREBY **ORDERED** that a Settlement Conference is scheduled for **April 22, 2014**, at **1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Plaintiff and his case manager shall contact the court at: (303) 335-2770 on the above date and time in order to participate by telephone.  Plaintiff shall be available as needed by the Court between the hours of 1:30 p.m. and 5:00 p.m.

    IT IS FURTHER **ORDERED** that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case and to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in  the case without consulting with some other person, committee, or agency.

    IT IS FURTHER **ORDERED** that Plaintiff shall submit a written settlement demand to Defendants on or before **April 8, 2014**.  A copy shall be emailed to the Court at: Mix_Chambers@cod.uscourts.gov.

2

   IT IS FURTHER **ORDERED** that Defendants shall respond to Plaintiff's written settlement demand on or before **April 15, 2014**. A copy shall be emailed to the Court at: Mix_Chambers@cod.uscourts.gov.

   Dated: February 6, 2014