**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   February 6, 2014 |
| E.C.R./Reporter:   Gwen Daniel | |

| | |
|---|---|
| Civil Action No:  **09-cv-00983-WYD-KLM** | Counsel: |
| **WELLMAN E. GIBSON**, | Elizabeth L. Owen |
| | Timothy M. Garvey |
| Plaintiff, | |
| v. | |
| **ANNA MARIE CAMPBELL, C. HOLST, AIC, SHIRLEY STEINBECK, MARSHALL GRIFFITH, LT. STEINBECK, and DOCTOR ASSAN**, | Christopher W. Alber |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING and STATUS CONFERENCE**

**10:06 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

**ORDERED:** Plaintiff's Motion to Withdrawal as Counsel [ECF Doc. No. 435], filed February 6, 2014, is **GRANTED.**

**ORDERED:** Mr. Ross B. H. Buchanan is permitted to withdraw as counsel for Plaintiff, Wellman E. Gibson.

**ORDERED:** Defendants' Motion to Dismiss All Remaining Claims on Mootness Grounds [ECF Doc. No. 377], filed June 5, 2013, is **DENIED.**

|  |  |
|---|---|
|  | Court indicates that a written order shall follow. |
| 10:13 a.m. | Discussion regarding the status of the case and counsel requests a settlement conference with Magistrate Judge Kristen L. Mix. |
| **ORDERED:** | Counsel shall go to the chambers of Magistrate Judge Kristen L. Mix following this hearing to schedule a settlement conference. |
| **ORDERED:** | A 4-Day Bench Trial is set to commence on **Tuesday, May 27, 2014, at 9:00 a.m., in Courtroom A-1002.** |
| **ORDERED:** | Trial preparation conference is set for **Thursday, May 15, 2014, at 10:00 a.m., in Courtroom A-1002.** |
| 10:30 a.m. | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :24**