IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

      Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

      Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      In light of the settlement of this case and the fact that dismissal papers are due June 30, 2014, the four-day bench trial set to commence on **Tuesday, May 27, 2014, at 9:00 a.m.** and the Final Trial Preparation Conference set on **Thursday, May 15, 2014, at 10:00 a.m.** are **VACATED**.

      Also, Plaintiff's *pro se* Request for Injunction for the Status Quo to Be Maintained (ECF No. 438) is **DENIED AS MOOT**.

      Dated:  May 2, 2014