**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   June 25, 2014 |
| E.C.R./Reporter:      Mary George | |

Civil Action No: **09-cv-00983-WYD-KLM**          <u>Counsel:</u>

**WELLMAN E. GIBSON**,                                         Elisabeth L. Owen

        Plaintiff,

v.

**ANNA MARIE CAMPBELL, et al.**,                         Christopher W. Alber

        Defendants.

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:34 a.m.**   Court in Session

APPEARANCES OF COUNSEL. Plaintiff appears by telephone.

Court's opening remarks and review of the history of the case.

10:41 a.m.   Statement by Plaintiff regarding the status of the case and settlement agreement (Ms. Owen).

10:42 a.m.   Statement by Defendants regarding the status of the case, settlement agreement, and oral motion to extend deadline for filing stipulated motion to dismiss (Mr. Alber).

Court makes inquiries of Mr. Gibson.

10:44 a.m.   Statement by Plaintiff on his own behalf (Mr. Gibson).

| | |
|---|---|
| 10:49 a.m. | Statement by Plaintiff regarding status of the case (Ms. Owen). |
| 10:52 a.m. | Statement by Plaintiff on his own behalf (Mr. Gibson). |
| **ORDERED:** | Defendants' oral motion to extend deadline for filing stipulated motion to dismiss is **GRANTED.** |
| **ORDERED:** | Mr. Gibson shall not file any more pleadings in this case while represented by counsel. |
| **ORDERED:** | Stipulated motion to dismiss shall be filed on or before **Friday, August 29, 2014.** |
| **ORDERED:** | Plaintiff's Motion for Ruling [ECF Doc. No. 448], filed June 13, 2014, is **DENIED AS MOOT.** |
| **10:57 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :23**