IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

    Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

    Defendants.

### ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal filed August 29, 2014. After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own attorney fees and costs.

Dated: September 2, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge