IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00983-WYD-KLM

WELLMAN E. GIBSON,

      Plaintiff,

v.

ANNA MARIE CAMPBELL,
C. HOLST, AIC,
SHIRLEY STEINBECK,
MARSHALL GRIFFITH,
LT. STEINBECK, and
DOCTOR ASSEN,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      In light of the "Request to the Court" (ECF No. 457) to disregard Plaintiff's previous filing made on September 8, 2014, Plaintiff's *pro se* Request to the Court to Halt Any Actions Pertaining Settlement of Any Kind (ECF No. 456) is **DENIED AS MOOT**.

      Dated:  September 15, 2014